Case 1:18-cv-05247-ENV-RML   Document 26   Filed 06/07/19   Page 1 of 1 PageID #: 360

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 10 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X Case No: 18-cv-5247
PRENTICE COX,

                   Plaintiff,

                -against-

MARCO POLO TAKE OUT LLC and
ELIZABETH TRAMONTANO,

                 Defendants.
------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and among the following parties by and through their respective undersigned counsel for Plaintiff PRENTICE COX and the defendants MARCO POLO TAKE OUT LLC and ELIZABETH TRAMONTANO , (collectively, the "Stipulating Parties") that pursuant to a confidential settlement agreement and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is voluntarily dismissed with prejudice with respect to all Defendants.

Dated: June 3, 2019

| LAW OFFICE OF DOMENICK NAPOLETANO | SEKENDIZ LAW FIRM PC |
|---|---|
| By: /s/ Domenick Napoletano | By: /s/ Ismail S. Sekendiz |
| Attorneys for Defendants | Attorneys for Plaintiff |
| 351 Court St. | 45 Broadway Suite 1420 |
| Brooklyn, NY 11231 | New York, New York 10006 |
| (718)- 522-1377 | (212) 380-8087 |

The Clerk is directed to close this case.

SO ORDERED:

/s/ USDJ ERIC N. VITALIANO
_____
United States *District Judge*

6/7/19